# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kundiwala,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Patel,<br><br>    Defendant(s). | 08-01436 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Gilmore F. Diekmann Jr.**
Seyfarth Shaw, et al.
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-544-1070
gdiekmann@sf.seyfarth.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01436 JSW MED                                           - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 8, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

/s/
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01436 JSW MED                - 2 -