1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT - 172990
2  srappaport@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
3  jdavis@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Defendants
   AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY,
7  INC., and SEA CLIFF MOTOR INN

8  MCCORMACK LAW FIRM
   Bryan J. McCormack
9  bryan@mccormacklawfirm.com
   120 Montgomery Street, Suite 1600
10 San Francisco, CA  94104
   Telephone:   (415) 440-6662
11 Facsimile:   (415) 776-5687

12 Attorney for Plaintiffs
   FAROOQ KUNDIWALA and ZAREEN KUNDIWALA
13

14

15              UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | FAROOQ KUNDIWALA and ZAREEN KUNDIWALA, husband and wife, | No. CV 08-01436 JSW |
|---|---|---|
| 19 | | RULE 26(f) REPORT |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | AMRAT PATEL and RAMILA PATEL, husband and wife, SBS HOSPITALITY, INC., a California corporation, SEA CLIFF MOTOR INN, a partnership, | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

Pursuant to Fed. Rule. Civ. Proc. 26(f), a telephonic conference was held on April 25, 2008 and was attended by counsel for Plaintiffs, Bryan McCormick, and counsel for Defendants, Jahmal Davis. The parties now jointly submit this report detailing the meet-and-confer discussions and plan for discovery in compliance with Fed. Rule Civ. Proc. 26(f)(2).

**DISCOVERY PLAN:** The parties jointly propose to the court the following discovery plan:

1. Pre-Discovery Disclosures FRCP 26(f)(3)(A): No changes were made in the timing, form, or requirement for disclosures under Rule 26(a). The parties exchanged the information required by Rule 26(a)(1) on May 29, 2008.

2. Scope And Deadlines For Discovery FRCP 26(f)(3)(B):

The Parties agree that discovery will be necessary on all subjects related to the allegations and prayer for relief in Plaintiffs' Amended Complaint, as well as the denials, affirmative defenses and prayer in Defendants' Answer. These subjects will include, but not be limited to, Plaintiffs' employment, job duties, job classification, hours worked and compensation while employed at the Sea Cliff Motor Inn. This will also include, but not be limited to, the damages allegedly suffered by Plaintiffs, and the loss of income suffered by Defendants.

The Parties further agree that discovery should be completed by January 9, 2009, and should comply with the Federal Rules of Civil Procedure, unless the Parties stipulate or agree to do otherwise.

3. Discovery of Electronically Stored Information FRCP 26(f)(3)(C):

The Parties do not anticipate any issues regarding the disclosure or discovery of electronically stored information. To the extent that any such discovery is needed, the Parties agree to comply with Federal Rule of Civil Procedure 26(b)(2). Both parties have fulfilled their duties to preserve electronically stored information.

/ / /

/ / /

1  4.  Privileged and Protected Material FRCP 26(f)(3)(D):

While the parties do not anticipate any issues or disputes regarding the discovery of privileged or protected materials, they agree to identify and assert any such claim to privilege on a privilege log as required pursuant to Federal Rule of Civil Procedure 26(b)(5). The parties further agree to use the process provided in Rule 26(b)(5)(B) to address any concerns related to inadvertently disclosed information subject to privilege or privacy.

5.  No Changes to The Statutory Discovery Limitations FRCP 26(f)(3)(E):

No changes were made in the limitations on discovery imposed under Rule 26.

6.  Expert Discovery FRCP 26(f)(3)(F):

The Parties agree that expert discovery will proceed pursuant to Rule 26(a)(2) and that reports from retained experts will be due: December 5, 2008.

DATED: July 11, 2008                          HANSON BRIDGETT LLP


                                              By:/s/ Jahmal T. Davis
                                                 JAHMAL T. DAVIS
                                                 SANDRA L. RAPPAPORT
                                                 Attorneys for Defendants
                                                 AMRAT PATEL, RAMILA PATEL, SBS
                                                 HOSPITALITY, INC., and SEA CLIFF
                                                 MOTOR INN

                                              MCCORMACK LAW FIRM

DATED: July 11, 2008


                                              By:/s/ Bryan J. McCormack
                                                 BRYAN J. MCCORMACK
                                                 Attorneys for Plaintiffs
                                                 FAROOQ KUNDIWALA and ZAREEN
                                                 KUNDIWALA