# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**      **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 18, 2008      **Court Reporter**: Jim Yeomans

**CASE NO. C-08-1436 JSW**

**TITLE:** Farooq Kundiwala v. Amrat Patel

**COUNSEL FOR PLAINTIFF:**      **COUNSEL FOR DEFENDANT:**

Bryan McCormack      Jahmal Davis

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by July 25, 2008

    **Close of fact discovery: 1-9-09**

    **Close of Expert discovery: 2-9-09**

    **Hearing on dispositive motions (if any): 3-20-09 at 9:00 a.m.**

    **Pretrial Conference: 6-1-09 at 2:00 p.m.**

    **Jury Trial: 6-22-09 at 8:30 a.m. (7 day est.)**