1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT - 172990
2  srappaport@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
3  jdavis@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY,
7  INC., and SEA CLIFF MOTOR INN

8  MCCORMACK LAW FIRM
   Bryan J. McCormack
9  bryan@mccormacklawfirm.com
10 120 Montgomery Street, Suite 1600
   San Francisco, CA  94104
11 Telephone:   (415) 440-6662
   Facsimile:    (415) 776-5687
12
   Attorney for Plaintiffs
13 FAROOQ KUNDIWALA and ZAREEN KUNDIWALA

14

15                 UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 | FAROOQ KUNDIWALA and ZAREEN        | No. CV 08-01436 JSW
   | KUNDIWALA, husband and wife,       |
19 |                                    | JOINT DECLINATION TO PROCEED
   |           Plaintiffs,              | BEFORE A MAGISTRATE JUDGE
20 |                                    |
   |     v.                             |
21 |                                    |
   | AMRAT PATEL and RAMILA PATEL,      |
22 | husband and wife, SBS HOSPITALITY, |
   | INC., a California corporation, SEA|
23 | CLIFF MOTOR INN, a partnership,    |
   |                                    |
24 |           Defendants.              |

25

26

27

28

JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
US DISTRICT COURT, NORTHERN DISTRICT CASE NO. CV08-01436 JSW                    1567829.1

The undersigned parties have each conferred with their counsel of record regarding whether to consent to proceeding before a U.S. Magistrate Judge in this matter. Counsel have met and conferred and hereby report to the Court that they have <u>not</u> agreed to proceed before a United States Magistrate Judge, and on that basis submit this joint declination.

DATED: July 24, 2008

HANSON BRIDGETT LLP

By:/s/ Jahmal T. Davis
JAHMAL T. DAVIS
SANDRA L. RAPPAPORT
Attorneys for Defendants
AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY, INC., and SEA CLIFF MOTOR INN

MCCORMACK LAW FIRM

DATED: July 24, 2008

By:/s/ Bryan J. McCormack
BRYAN J. MCCORMACK
Attorneys for Plaintiffs
FAROOQ KUNDIWALA and ZAREEN KUNDIWALA