SEYFARTH ATTORNEYS SHAW LLP

560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
(415) 544-1070

Writer's e-mail
gdiekmann@seyfarth.com

BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

July 30, 2008

Bryan J. McCormack
Law Office of Bryan J. McCormack
120 Montgomery Street, #1600
San Francisco, CA 94104

Jahmal T. Davis
Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Re: Mediation of *Kundiwala v. Patel*
U.S. District Court Case No. 08-01436 JSW MED

Dear Counsel:

Pursuant to our telephone conference of today, the following dates have been agreed upon:

**Mediation - August 28, 2008; 9:30 a.m. at 560 Mission Street, Suite 3100**
**Parties' Mediation Statements are due August 25, 2008 by 5:00 p.m.**

You may submit the briefs to me by e-mail at the e-mail address indicated above. I may call each of you after reading the briefs to request additional information. Please exchange your briefs, and send me any confidential information that you want me to have by separate e-mail.

Very truly yours

SEYFARTH SHAW LLP

Gilmore F. Diekmann, Jr.

GFD:mh

cc: Alice_Fiel@cand.uscourts.gov (via e-mail)

SF1 28330577.1 / 58592-000002