```
                                                          FILED
                                                         AUG 29 2008

                                                      RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA


                                                         E-filing
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kundiwala, | No. C 08-01436 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Patel, | |
| Defendant(s). | |

**Instructions:** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) August 28, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   , ☐ NO

Dated: 8/28/08    _____

Mediator, Gilmore F. Diekmann Jr.
Seyfarth Shaw, et al.
560 Mission Street, Suite 3100
San Francisco, CA 94105

**Certification of ADR Session**
08-01436 JSW MED