IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KUNDIWALA,

    Plaintiff,

  v.

AMRAT PATEL, et al.,

    Defendants.
                                      /

No. 08-01436 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On August 29, 2008, the Certification of ADR Session was filed, which states that this matter was settled, in full, at a mediation. There has been no further action in this case. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court to advise the Court of the status of finalizing the settlement. The joint status report shall be due on November 12, 2008. If a dismissal is filed before that date, the parties need not file the joint status report.

**IT IS SO ORDERED.**

Dated: November 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE