IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAROOQ KUNDIWALA,

    Plaintiff,

    v.

AMRAT PATEL, et al.,

    Defendants.
        /

No. 08-01436 JSW

**ORDER REQUIRING FURTHER JOINT STATUS REPORT**

On August 29, 2008, the Certification of ADR Session was filed, which states that this matter was settled, in full, at a mediation. The parties filed a joint status report, in which they stated that they expected to have a fully executed Settlement Agreement by November 20, 2008. There has been no further action in this case. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court to further advise the Court of the status of finalizing the settlement, and when they expect a dismissal to be filed. The joint status report shall be due on December 12, 2008. If a dismissal is filed before that date, the parties need not file the joint status report.

**IT IS SO ORDERED.**

Dated: December 8, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE