| | |
|---|---|
| 1 | MCCORMACK LAW FIRM |
| 2 | Bryan J. McCormack- 192418<br>bryan@mccormacklawfirm.com |
| 3 | 120 Montgomery Street, Suite 1600<br>San Francisco, CA  94104 |
| 4 | Telephone:   (415) 440-6662<br>Facsimile:    (415) 776-5687 |
| 5 | Attorney for Plaintiffs |
| 6 | FAROOQ KUNDIWALA and ZAREEN KUNDIWALA |
| 7 | |
| 8 | HANSON BRIDGETT LLP<br>SANDRA L. RAPPAPORT - 172990 |
| 9 | srappaport@hansonbridgett.com<br>JAHMAL T. DAVIS - 191504 |
| 10 | jdavis@hansonbridgett.com<br>425 Market Street, 26th Floor |
| 11 | San Francisco, CA  94105<br>Telephone:   (415) 777-3200<br>Facsimile:    (415) 541-9366 |
| 12 | |
| 13 | Attorneys for Defendants<br>AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY, |
| 14 | INC., and SEA CLIFF MOTOR INN |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | FAROOQ KUNDIWALA and ZAREEN KUNDIWALA, husband and wife, | **No. CV 08-01436 JSW** |
| 19 | Plaintiffs, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |
| 20 | v. | |
| 21 | AMRAT PATEL and RAMILA PATEL, husband and wife, SBS HOSPITALITY, INC., a California corporation, SEA CLIFF MOTOR INN, a partnership, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION, CASE NO. CV08-01436 JSW          1777832.1

Plaintiffs FAROOQ KUNDIWALA and ZAREEN KUNDIWALA, through their counsel, and Defendants AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY, INC., and SEA CLIFF MOTOR INN, through their counsel, hereby stipulate to the dismissal of the entire action with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each side to bear its own costs and fees.

IT IS SO STIPULATED.

DATED: December 12, 2008

HANSON BRIDGETT LLP

By: /s/ Jahmal T. Davis
JAHMAL T. DAVIS
Attorneys for Defendants
AMRAT PATEL, RAMILA PATEL, SBS HOSPITALITY, INC., and SEA CLIFF MOTOR INN

MCCORMACK LAW FIRM

DATED: December 12, 2008

By: /s/ Bryan J. McCormack
BRYAN J. MCCORMACK
Attorneys for Plaintiffs
FAROOQ KUNDIWALA and ZAREEN KUNDIWALA

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, the entire action is hereby dismissed with prejudice.

December 12, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 1 -

STIPULATION FOR DISMISSAL OF ENTIRE ACTION, CASE NO. CV08-01436 JSW

1777832.1